# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street  
Suite 308  
Astoria, NY 11106

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

November 19, 2025

Honorable Jennifer H. Rearden  
United States District Judge  
225 Cadman Plaza East  
Brooklyn, NY 11201

**MEMO ENDORSEMENT (page 2)**

Re: Morales v. Shanghai Eats Times SQ LLC et al, 25-cv-06063

Your Honor,

Plaintiff would respectfully request until December 5, 2025 to file the default judgment motion in this matter.

Plaintiff has already received the Certificates of Default in this matter but it will be extremely difficult to complete the Declaration of Plaintiff and other motions papers for November 24, 2025.

Prior to this Court's November 10, 2025 Order, the undersigned had a judge in Queens County issue an emergency order to show cause hearing on November 24, 2025. I also had prior scheduled several federal mediation through November leading up to Thanksgiving in addition to two other default motion deadlines in other matters.

Moreover, Plaintiff Morales works full time during regular office ohours and it is very difficult to coordinate with him to finalize a declaration of facts between November 10th when the Court issued its Order and November 24, 2025.

If the Court would so permit, the undersigned would respectfully request until the week after the Thanksgiving holiday – December 5, 2025.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

Hon. Hector Gonzalez
October 18, 2023
Page 2

Application GRANTED. Plaintiff's deadline to move for default judgment is hereby extended to **December 5, 2025.**

The Clerk of Court is directed to terminate ECF No. 31.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: November 20, 2025