UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIEGO MORALES,

                        Plaintiff,

             -v.-

SHANGHAI EATS TIMES SQ LLC, et al.,

                      Defendants.

25 Civ. 6063 (JHR)

DEFAULT JUDGMENT

JENNIFER H. REARDEN, District Judge:

Plaintiff Diego Morales filed this action alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*., and the N.Y. Labor Law, §§ 190 *et seq*. and 650 *et seq*., on July 23, 2025.  ECF No. 1.  Plaintiff served Defendants David Kong, Qicheng Zhoue, Wenyan Xue, and Yizhou Chen with process on September 17, 2025, ECF Nos. 14-17, and served Defendant Shanghai Eats Times SQ LLC with process on September 18, 2025, ECF No. 13.  Defendants' responses to the Complaint were therefore due on October 8, 2025 and October 9, 2025, respectively.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i) ("A defendant must serve an answer . . . within 21 days after being served with the summons and complaint.").  No Defendant has responded to the Complaint or otherwise appeared.

On November 10, 2025, the Court directed Plaintiff to "move for a default judgment against Defendants or show cause why this action should not be dismissed for failure to prosecute."  ECF No. 18 (Order).  Plaintiff served the Order on Defendants via overnight mail.  ECF No. 25.  Upon Plaintiff's application, ECF Nos. 19-24, on November 17, 2025, the Clerk of Court issued certificates of default as to all Defendants.  ECF Nos. 26-30.  On December 5, 2025, Plaintiff moved for a default judgment, ECF No. 33, and filed an affirmation, declaration, memorandum of law, and proposed order in support of the motion, ECF Nos. 34-37.

Plaintiff served its motion papers on Defendants by mail pursuant to Federal Rule 5(b)(2)(C).  ECF No. 38.  The Order stated that Defendants should "file [their] opposition [to any motion for default judgment] within two weeks of the date of the proof of service, and Plaintiff sh[ould] file his reply, if any, one week thereafter."  Order at 2.  Defendants did not oppose the motion.

The Court has reviewed Plaintiff's motion for a default judgment and supporting submissions.  ECF Nos. 33-37.  Because proof of service has been filed; Defendants have failed to respond to the Complaint; the time for doing so has expired; and Defendants have failed to appear to contest the entry of a default judgment, the Court hereby enters a default judgment for Plaintiff against Defendants, with any declaratory, injunctive, and compensatory relief, as well as costs, interest, and attorneys' fees, to be determined at an inquest.  *See Yung Xu v. Kealoha Sushi Inc.*, No. 19 Civ. 11885 (PAE), 2021 WL 1753749, at *1 (S.D.N.Y. May 4, 2021) (granting default judgment).

By separate Order, the Court will refer this case to Magistrate Judge Gary Stein for an inquest.  By **February 26, 2026**, Plaintiff shall serve this Order upon Defendants and file an affidavit reflecting such service.

The Clerk of Court is directed to terminate ECF No. 33.

SO ORDERED.

Dated: February 23, 2026
New York, New York

JENNIFER H. REARDEN
United States District Judge

2