# Law Offices of Colin Mulholland

### Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

April 14, 2026

Honorable Gary Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re: Morales v. Shanghai Eats Times SQ LLC et al, 25-cv-06063

Your Honor,

Plaintiff intends to rely on the papers submitted in his original motion submission with includes a damages chart, an explanation of all categories of damages and a Declaration of Plaintiff setting forth the material facts to support each category of damages.

If the Court would so permit, Plaintiff would respectfully request that the Inquest be adjourned.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

Application granted. Pursuant to the Court's February 27, 2026 Order (Dkt. No. 42) inquest hearing scheduled for April 23, 2026 is hereby canceled. Pursuant to this same Order, the Court will issue a report and recommendation based solely upon the written submissions of the parties.

Dated: April 16, 2026
New York, New York

SO ORDERED:

_____
**HON. GARY STEIN**
**UNITED STATES MAGISTRATE JUDGE**