**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DIEGO MORALES,

                      Plaintiff,

          -against-

SHANGHAI EATS TIMES SQ LLC, *et al.,*

                  Defendants.
-----------------------------------------------------------------X

**25 Civ. No. 6063 (JHR) (GS)**

**VIDEO STATUS**
**CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Video Status Conference on **Tuesday, May 19, 2026 at 2:00 p.m.** Plaintiff may file a written statement on the status of this matter, including any pending mediation or arbitration, by no later than Tuesday, May 12, 2026. The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [293 703 042 059 369] Passcode: [WT63EG6N]**

      **SO ORDERED.**

DATED:    New York, New York
           April 30, 2026

                                              _____
                                              The Honorable Gary Stein
                                              United States Magistrate Judge