**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
DIEGO MORALES,

                Plaintiff,

         -against-

SHANGHAI ETATS TIMES SQ LLC, *et al.*,

              Defendants.
-------------------------------------------------------------------------X

**25 Civ. 6063 (JHR) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

As discussed in the conference held with Plaintiff's counsel and David Kong on May 19, 2026, Plaintiff shall file a letter updating the Court on his position as to whether this matter should be arbitrated by no later than May 22, 2026.  Additionally, the Court refers Mr. Kong to the Federal Pro Se Legal Assistance Project, operated by the City Bar Justice Center, which may be able to provide limited legal assistance on a pro bono basis.  An informational flyer for this program is attached hereto.

      **SO ORDERED.**

DATED:     New York, New York
             May 19, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
## in the Southern District of New York (SDNY)



CITY BAR
JUSTICE
CENTER

## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

This project assists plaintiffs and defendants on a variety of federal legal issues, including, among others, civil rights, employment discrimination, and disability discrimination. The team also assists incarcerated individuals with civil (non-criminal) claims.

## HOW WE HELP

Fed Pro provides limited assistance through full-time attorneys, legal support team members, pro bono (volunteer) attorneys, law school/college interns, and a social work team. **While we cannot provide full representation,** Fed Pro can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including mediation)

 **Reviewing drafted pleadings** and correspondence with the Court

## HOW TO ACCESS OUR SERVICES



For assistance, please complete the **online form** located on our website, https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.

If you are not able to complete the form, or you have questions about the form, please **call (212) 382-4794.** Please leave a message and wait for us to call you back.