# Law Offices of Colin Mulholland
## Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

May 22, 2026

Honorable Gary Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re: Morales v. Shanghai Eats Times SQ LLC et al, 25-cv-06063

Your Honor,

Plaintiff would respectfully request an additional two weeks to submit a status report regarding a consent or opposition to arbitration.

Defendant Kong had expressed interested in discussing settlement at our last conference, however, the undersigned forgot that this is a big holiday weekend when asking the Court for this Friday deadline.

Plaintiff would appreciate a couple weeks more to explore to possibility of an early resolution with Defendant Kong if the Court would so permit.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

Application granted. Plaintiff shall submit his status update by no later than June 5, 2026. SO ORDERED.

Dated: May 27, 2026
    New York, New York

SO ORDERED:

*[signature]*

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE