# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com


MEMO ENDORSED

July 8, 2026

Honorable Gary Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Morales v. Shanghai Eats Times SQ LLC et al, 25-cv-06063

Your Honor,

Settlement discussions have not been productive. Plaintiff would ask the Court to stay this matter pending arbitration. Plaintiff will file with JAMS and if the Defendants fail to follow through with the requisite fees, Plaintiff intends to move to reopen this matter.

Plaintiff thanks the Court for its patience with this matter.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

Application granted. This action is now stayed pending arbitration. The Clerk of Court is respectfully directed to enter a stay in this action. In addition, Plaintiff shall file a status update by no later than October 8, 2026 regarding the status of arbitration. SO ORDERED.

Date: August 25, 2026

Gary Stein

**Gary Stein**
**United States Magistate Judge**
**Southern District of New York**